**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
**CASE NO: 0:26-CV-60825-WPD**

YANNICK BANDALI,

        Plaintiff,

    v.

THE LEUKEMIA AND LYMPHOMA
SOCIETY, INC.,

        Defendant.

## <u>DEFENDANT'S PARTIAL MOTION TO DISMISS</u><br><u>PLAINTIFF'S AMENDED COMPLAINT</u>

Defendant The Leukemia and Lymphoma Society, Inc. (now Blood Cancer United, Inc., hereinafter referred to as "Defendant" or "LLS"), by its attorney and pursuant to the Federal Rule of Civil Procedure 12(b)(6), respectfully moves this Court to partially dismiss Plaintiff's Complaint for the reasons set forth in Defendant's Memorandum of Law in Support of its Partial Motion to Dismiss Plaintiff's Amended Complaint, which is filed contemporaneously herewith. For the reasons more fully set forth in Defendant's Memorandum, LLS requests the Court to grant its instant Partial Motion because Plaintiff improperly pursued claims of disability discrimination and retaliation related to his First Charge of Discrimination against this Court's Order dated May 11, 2026 (ECF No. 19). Moreover, even if some of Plaintiff's claims were viewed as unrelated to the First Charge, all of his claims (excluding the alleged retaliatory discharge) are time-barred by the statute of limitations period under the Florida Civil Rights Act of 1992 ("FCRA").

WHEREFORE, LLS respectfully requests that the Court grant its Motion and dismiss Plaintiff's disability claim (Count I) and parts of his retaliation claim (all the alleged retaliatory events predating his termination) in its entirety and with prejudice.

DATED:  June 5, 2026

Respectfully submitted,

SEYFARTH SHAW LLP

By: */s/ Alexandre S. Drummond*

Alexandre S. Drummond
Florida Bar No. 038307
SEYFARTH SHAW LLP
1075 Peachtree Street N.E., Suite 2500
Atlanta, GA  30309
Telephone:  (404) 885-1500
Facsimile:  (404) 892-7056
Email:  adrummond@seyfarth.com

*Counsel for Defendant*
*The Leukemia and Lymphoma Society, Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
**CASE NO: 0:26-CV-60825-WPD**

YANNICK BANDALI,

        Plaintiff,

    v.

THE LEUKEMIA AND LYMPHOMA
SOCIETY, INC.,

        Defendant.

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2026, I presented the foregoing **DEFENDANT'S PARTIAL MOTION TO DISMISS PLAINTIFF'S COMPLAINT** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Alex S. Drummond*
Alex S. Drummond
*Counsel for Defendant*
*The Leukemia and Lymphoma Society, Inc.*