UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-cv-60825-WPD

YANNICK BANDALI

Plaintiff

v.

THE LEUKEMIA AND
LYMPHOMA SOCIETY, INC.

Defendant

_____/

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION
OF TIME TO RESPOND TO MOTION TO DISMISS AMENDED COMPLAINT**

Plaintiff, by and through his undersigned counsel, hereby moves for an order extending time to respond to the Motion to Dismiss in this matter and states as follows:

1.   A response to the Motion to Dismiss Amended Complaint , is due on or before June 22, 2026.

2.   Based upon work-load of the undersigned counsel including an Initial Brief due with the Fourth District Court of Appeals on June 22, 2026, *(Brian Gettleman v. Abbott Laboratories*, Case No 4D2025-3904) the undersigned seeks a seven day extension of time to respond to the Motion to Dismiss Amended Complaint in this matter.

3.   The undersigned counsel has conferred with opposing counsel who does not oppose the requested relief.

WHEREFORE, the undersigned counsel requests an order extending the time to respond to the Motion to Dismiss Amended Complaint in this matter for seven days and for any other relief this Court deems just and proper under the circumstances.

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing has been e-mailed this 22 day of June 2026 : Counsel of Record.

Behren Law Firm
1930 N. Commerce Parkway-Suite 4
Weston, FL 33326
(954) 636-3802 - phone
(772) 252-3365 - fax
scott@behrenlaw.com

By:/Scott M. Behren/
      Scott M. Behren
      Fla Bar No. 987786