UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO 26- 60825-CIV-DIMITROULEAS

YANNICK BANDALI,

    Plaintiff,

vs.

THE LEUKEMIA AND LYMPHOMA SOCIETY, INC.,

    Defendants.

_____/

### <u>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME</u>

THIS CAUSE is before the Court on Plaintiff's Unopposed Motion for Extension of time to Respond to Motion to Dismiss Amended Complaint (the "Motion") [DE 24], filed herein on 5/22/2026. The Court has carefully considered the Motion, notes it is unopposed, and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Motion [DE 24] is hereby **GRANTED**. However, because of the extensive delays already in this case, Parties should not expect any additional extensions of time, absent extraordinary circumstances. Parties are reminded that settlement negotiations may continue pending the resolution of a motion to dismiss.

2. Plaintiff shall file a response to the Motion to Dismiss by June 29, 2026. Plaintiff's failure to file a Response to the Motion to Dismiss by June 29, 2026 will result in the Court granting the motion by default.

3. Defendant shall thereafter file a reply by **July 6, 2026.**

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this

23rd day of June, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record