UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-60825-CIV-DIMITROULEAS

YANNICK BANDALI,

      Plaintiff,

vs.

THE LEUKEMIA AND LYMPHOMA SOCIETY, INC..,

      Defendant.

_____/

## ORDER TO SHOW CAUSE

THIS CAUSE is before the Court *sua sponte*.

On April 28, 2026, the Court issued an Order [DE 13] directing the parties to agree upon a mediator within fourteen (14) days and to advise the Clerk's office of their choice. From the record, it appears that the parties have not yet selected a mediator.

Accordingly, it is **ORDERED AND ADJUDGED** that the parties shall either file a response to this Order to Show Cause by **July 8, 2026**, showing cause why the Clerk should not be directed to randomly select a mediator from the list of certified mediators, *or* file a notice of mediator selection. Failure to comply with this Order will result in the Clerk selecting a mediator at random.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 1st day of July, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:

Counsel of record