**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
**CASE NO: 0:26-CV-60825-WPD**

YANNICK BANDALI,

      Plaintiff,

    v.

THE LEUKEMIA AND LYMPHOMA
SOCIETY, INC.,

      Defendant.

## DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S PARTIAL MOTION TO DISMISS

Defendant, The Leukemia and Lymphoma Society, Inc. (now Blood Cancer United, Inc., hereinafter referred to as "Defendant" or "LLS"), by and though the undersigned counsel and pursuant to Federal Rule of Civil Procedure 6(b)(1) respectfully moves the Court for entry of an Order extending Defendant's time to respond to Plaintiff Yannick Bandali's ("Plaintiff") Response to Defendant's Partial Motion to Dismiss Plaintiff's Amended Complaint (the "Opposition Brief") for 4-days, up to and including, July 10, 2026.  In support of this Motion, Defendant states:

1.      On May 18, 2026, Plaintiff filed his Amended Complaint against Defendant.  (ECF No. 10.)

2.      On June 6, 2026, Defendant filed a Partial Motion to Dismiss Plaintiff's Amended Complaint. (ECF No. 23.)

3.      Plaintiff filed his Opposition Brief on June 25, 2026. (ECF No. 26.) Defendant's current deadline to respond to Plaintiff's Opposition Brief is July 6, 2026. (ECF No. 25 at ¶ 3).

4.      Defendant now seeks an Order from this Court extending Defendant's time to respond to Plaintiff's Opposition Brief for 4 days, up to and including, July 10, 2026.

1

5.      When Plaintiff submitted his Opposition Brief, and the days following, a key member of the defense team was on bereavement leave. Given the timing restraints from bereavement leave and upcoming holiday, Defendant seeks additional time to adequately respond to Plaintiff's Opposition Brief.

This motion is made in good faith, not for purposes of delay, and granting it will not prejudice any party.  Defendant is aware of the Court's notice in the Order dated June 24, 2026 (ECF No. 25) and seeks this extension due to the delays from bereavement leave. This extension of time will allow Defendant sufficient time to adequately prepare a response to Plaintiff's Opposition Brief and takes into account the upcoming holiday.

WHEREFORE, Defendant respectfully requests that this Court grant its request for an extension of time to respond to Plaintiff's Opposition Brief, up to and including July 10, 2026.

### Certificate of Pre-Filing Conference

Pursuant to Local Rule 7.1(a)(3), Defendant has conferred with Plaintiff's counsel, who has advised that Plaintiff does not oppose the requested extension of time.

DATED:  July 2, 2026

Respectfully submitted,

SEYFARTH SHAW LLP


By:  */s/ Alexandre S. Drummond*
Alexandre S. Drummond
Florida Bar No. 038307
SEYFARTH SHAW LLP
1075 Peachtree Street N.E., Suite 2500
Atlanta, GA  30309
Telephone:  (404) 885-1500
Facsimile:  (404) 892-7056
Email:  adrummond@seyfarth.com

*Counsel for Defendant*
*The Leukemia and Lymphoma Society, Inc.*

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO: 0:26-CV-60825-WPD

YANNICK BANDALI,

        Plaintiff,

   v.

THE LEUKEMIA AND LYMPHOMA
SOCIETY, INC.,

        Defendant.

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2026, I presented the foregoing **DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S PARTIAL MOTION TO DISMISS** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Alex S. Drummond
Alex S. Drummond
*Counsel for Defendant*
*The Leukemia and Lymphoma Society, Inc.*

4