UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:26-cv- 60825-WPD

YANNICK BANDALI,

    Plaintiff,

v.

THE LEUKEMIA AND LYMPHOMA SOCIETY, INC,

    Defendant.

_____/

## ORDER ON DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S PARTIAL MOTION TO DISMISS

THIS CAUSE having come before the Court on Defendant's Unopposed Motion for Extension of Time to Reply to Plaintiff's Response to Defendant's Partial Motion to Dismiss (the "Motion") [DE 29] and the Court being fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that the Motion [DE 29] is hereby **GRANTED**. Defendant shall have up to and including July 10, 2026, to file its Reply in support of its Partial Motion to Dismiss.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Florida, this 6th day of July, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

cc: Counsel of Record